AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> NATIONAL TAX ADVISORY SERVICES LLC, a California limited liability company, SEE ATTACHED <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-06931 -DSF (PVCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATIONAL TAX ADVISORY SERVICES LLC
1505 Corporation 1145
THE LAW OFFICES OF KEITH F. ELDER
21550 OXNARD STREET, SUITE 630
WOODLAND HILLS, CA  91367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date:  09/26/2022

*Signature of Clerk or Deputy Clerk*

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of California

Case Number: 2:22-CV-06931-DSF (PVCX)

Plaintiff: **SHANE SCOFIELD, individuall and on behalf of others similarly situated**
vs.
Defendant: **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, et al**

For:
MARK L. JAVITCH, ESQ.
3 EAST 3rd. AVENUE, SUITE 200
SAN MATEO, CA 94401

Received by Cal Process Servers on the 4th day of October, 2022 at 9:54 am to be served on **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, 21550 OXNARD STREET, SUITE 630, WOODLAND HILLS, CA 91367**.

I, Carlos Canas, do hereby affirm that on the **10th day of October, 2022** at **12:22 pm, I:**

served **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **KEITH F. ELDER, ESQ. - LAW OFFICESOF KEITH F. ELDER** as **REGISTERED AGENT**, by leaving the documents with:

**MARK SHAPIRO, LEGAL ASSISTANT** at the address of: **21550 OXNARD STREET, SUITE 630, WOODLAND HILLS, CA 91367** on behalf of **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**, who informed me that they are Authorized to accept service of process and informed said person of the contents therein, in compliance with Federal Statutes FRCP 4(e)(1) & state statutes - California CCP 415.20(b).

**Service Fee Items:**
Routine Process Service    $65.00
Total    $65.00

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Carlos Canas
4571    10/12/2022
**Date**

**Cal Process Servers**
14271 Jeffrey Road, #308
Irvine, CA 92620
(949) 295-8028

Our Job Serial Number: RSC-2022000980

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i