# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHANE SCOFIELD

Plaintiff(s),

v.

NATIONAL TAX ADVISORY SERVICES LLC, et al.

Defendant(s).

CASE NUMBER:

2:22–cv–06931–DSF–PVC

## NOTICE OF DEFICIENCY DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  National Tax Advisory Services LLC  for the following reason(s):

- ▁ No declaration as required by F.R.Civ.P 55(a)
- ▁ No proof of service/waiver of service on file
- X The name of the person served does not exactly match the person named in complaint
- ▁ Proof of Service is lacking required information
- ▁ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ▁ Time to respond has not expired
- ▁ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ▁ Request for Entry of Default has been forwarded to the assigned Judge
- ▁ Party dismissed from action on
- ▁ Case terminated on
- X Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- ▁ Other:

The Clerk cannot enter the requested **Default Judgment** against ▁ for the following reason(s):

- ▁ No Entry of Default on file
- ▁ No declaration as required by F.R.Civ.P 55(b)
- ▁ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ▁ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ▁ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ▁ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ▁ Amount sought is not for a sum certain or cannot be computed to a sum certain
- ▁ Attorney Fees sought not in compliance with Local Rule 55–3
- ▁ Amount sought for costs is incorrect
- ▁ Case terminated on
- ▁ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ▁ Other:

CLERK, U.S. DISTRICT COURT

Date: November 4, 2022     By:  /s/ *Jenny Lam*
Deputy Clerk
Jenny_Lam@cacd.uscourts.gov

CV–52B(09/12)          NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT