1  Mark L. Javitch (CA SBN 323729)
2  Javitch Law Office
3  3 East 3rd Ave. Ste. 200
   San Mateo, CA 94401
4  Telephone: (650) 781-8000
   Facsimile: (650) 648-0705
5  mark@javitchlawoffice.com

6
7  *Attorney for Plaintiff*
   *And the Putative Class*

8
9
10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12

13 | SHANE SCOFIELD, individually, and on behalf of all others similarly situated, | Case No.: 2:22-cv-06931-DSF-PVC |
14 | Plaintiff, | **RESPONSE TO ORDER TO SHOW CAUSE** |
15 | v. | |
16 | NATIONAL TAX ADVISORY SERVICES LLC, a California limited liability company, d/b/a ACTION TAX GROUP, and JOHN DOE, an unknown business entity, | |
17 | | |
18 | | |
19 | | |
20 | Defendants. | |

**RESPONSE TO ORDER TO SHOW CAUSE**

On September 26, 2022, Plaintiff filed this Complaint against Defendant NATIONAL TAX ADVISORY SERVICES LLC d/b/a ACTION TAX GROUP ("Action Tax") and Defendant JOHN DOE ("John Doe") alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"). Dkt. 1.

Plaintiff promptly attempted service of process. According to the Secretary of State website for the State of California, the registered agent for Action Tax is The Law Offices of Keith F. Elder, a Professional Corporation, 21550 Oxnard Street, Suite 630, Woodland Hills, California 91367. On October 10, 2022, Plaintiff caused a process server to attempt service of process and left the summons and complaint with a legal assistant who said he was authorized to accept service on behalf of Action Tax. Dkt. 10. On November 2, 2022, the Court issued the Order to Show Cause because Plaintiff failed to move for default. Dkt. 11.

On November 2, 2022 Plaintiff requested the Clerk enter default against Action Tax. Dkt. 12. However, on November 4, 2022, the Clerk rejected the request because the name of the person served did not exactly match the person named in the Complaint. Dkt. 13.

Accordingly, Plaintiff is now requesting the process server revise the affidavit to reflect that the person served was a representative of the Law Offices of Keith F. Elder, a Professional Corporation. Plaintiff will file the revised affidavit or otherwise inform

1  the Court that an additional attempt at service of process is necessary by November 11,
2  2022.

4  Dated: November 6, 2022        Respectfully submitted,

6  By: /s/ Mark L. Javitch
7  Mark L. Javitch (SBN 323729)
   Javitch Law Office
8  3 East 3rd Ave. Ste 200
   San Mateo CA 94401
9  Tel: (650) 781-8000
10 Fax: (650) 648-0705

   *Attorney for Plaintiff*
12 And those similarly situated