# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of California

Case Number: 2:22-CV-06931-DSF (PVCX)

Plaintiff: **SHANE SCOFIELD, individuall and on behalf of others similarly situated**

vs.

Defendant: **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, et al**

For:
MARK L. JAVITCH, ESQ.
3 EAST 3rd. AVENUE, SUITE 200
SAN MATEO, CA 94401

Received by Cal Process Servers on the 4th day of October, 2022 at 9:54 am to be served on **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, 21550 OXNARD STREET, SUITE 630, WOODLAND HILLS, CA 91367**.

I, Carlos Canas, do hereby affirm that on the **10th day of October, 2022** at **12:22 pm, I:**

served **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **LAW OFFICES OF KEITH F. ELDER** as **REGISTERED AGENT**, by leaving the documents with:

**MARK SHAPIRO, LEGAL ASSISTANT** at the address of: **21550 OXNARD STREET, SUITE 630, WOODLAND HILLS, CA 91367** on behalf of **NATIONAL TAX ADVISORY SERVICES LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**, who informed me that they are Authorized to accept service of process and informed said person of the contents therein, in compliance with Federal Statutes FRCP 4(e)(1) & state statutes - California CCP 415.20(b).

**Service Fee Items:**
Routine Process Service    $65.00
Total                      $65.00

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Carlos Canas
4571      11/07/2022
**Date**

**Cal Process Servers**
14271 Jeffrey Road, #308
Irvine, CA 92620
(949) 295-8028

Our Job Serial Number: RSC-2022000980

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i