Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
And all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL TAX ADVISORY SERVICES LLC, and JOHN DOE, an unknown business entity,<br><br>　　　　Defendants. | Case No.: 2:22-cv-06931-DSF-PVC<br><br>**DECLARATION OF MARK L. JAVITCH IN SUPPORT OF REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

　　　I, Mark L. Javitch, hereby declare the following in support of Plaintiff's Request for Clerk's Entry of Default against NATIONAL TAX ADVISORY SERVICES LLC:

　　　1.　　I am an attorney duly licensed to practice in the State of California and before the District Court for the Central District of California. This declaration is based on personal knowledge of the matters set forth herein.

2. I am an attorney of record for Plaintiff and the putative class in this action.

3. On September 26, 2022, Plaintiff filed a Complaint against Defendant NATIONAL TAX ADVISORY SERVICES LLC, alleging violations of the Telephone Consumer Protection Act (or the "TCPA") 47 U.S.C. § 227. (Dkt. 1).

4. According to the California Secretary of State website, the registered agent for Defendant is The Law Offices of Keith F. Edler, Esq.

5. On October 10, 2022, a process server served a copy of the complaint and summons upon Defendant NATIONAL TAX ADVISORY SERVICES LLC's via personal service on The Law Offices of Keith F. Elder, Esq. At the office of the registered agent, Mark Shapiro, legal assistant, said he was authorized to accept service. (Dkt. 15).

6. As of the date of this filing, more than 21 days have passed since serving the summons and complaint upon Defendant NATIONAL TAX ADVISORY SERVICES LLC, and Defendant NATIONAL TAX ADVISORY SERVICES LLC has yet to plead or otherwise respond to this Court as required by Fed. R. Civ. P. 12.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed in San Mateo, California.

Dated: November 7, 2022     By:   /s/ Mark L. Javitch
                                  Mark L. Javitch