UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL TAX ADVISORY SERVICES LLC, et. al.,<br><br>  Defendants. | Case No.: 2:22-cv-06931-DSF-PVC<br><br>**[PROPOSED] ORDER PERMITTING DISCOVERY** |

Plaintiff SHANE SCOFIELD moves the Court for leave to conduct limited discovery and extend the deadline for default judgment by six months. Good cause appearing, the Court hereby GRANTS the motion.

**IT IS SO ORDERED.**


DATED: _____, 2022.


_____
Honorable Dale S. Fischer
United States District Judge