Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*
And all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE SCOFIELD, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL TAX ADVISORY SERVICES LLC, and JOHN DOE, an unknown business entity,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-06931-DSF-PVC<br><br>**DECLARATION OF MARK L. JAVITCH** |

I, Mark L. Javitch, hereby declare the following:

　　1.　　I am an attorney duly licensed to practice in the State of California and before the District Court for the Central District of California. This declaration is based on personal knowledge of the matters set forth herein.

　　2.　　I am an attorney of record for Plaintiff and the putative class in this action.

3. On December 27, 2022, I caused a process server to serve a subpoena on David Waknine.

4. Attached as Exhibit "A" is a true and correct copy of the subpoena.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed in San Mateo, California.

Dated: January 26, 2023          By:   /s/ Mark L. Javitch
                                       Mark L. Javitch