Mark L. Javitch (CA SBN 323729)
mark@javitchlawoffice.com
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE SCOFIELD, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL TAX ADVISORY SERVICES LLC, et. al.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-06931-DSF-PVC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff SHANE SCOFIELD hereby voluntarily dismisses all Defendants, without prejudice, and each side bearing their own costs and attorney's fees.  No answer or motion for summary judgment has been filed.

| | | |
|---|---|---|
| Dated: May 19, 2023 | | Respectfully submitted, |
| | By: | /s/ Mark L. Javitch |
| | | Mark L. Javitch (CA SBN 323729) |
| | | Javitch Law Office |
| | | 3 East 3rd Ave. Ste. 200 |
| | | San Mateo, CA 94401 |
| | | Telephone: (650) 781-8000 |
| | | Facsimile: (650) 648-0705 |
| | | mark@javitchlawoffice.com |

*Attorneys for Plaintiff*